IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Criminal No. LKG-23-067 |
| | : | |
| EDWARD BENTLEY, | : | |
| | : | |
| Defendant. | : | |

## LINE

The instant filing is submitted at the request of the Court, as confirmation that Mr. Bentley does not object to the most recent tolling motion, ECF No. 31, filed by the government.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/s/CAF_____
CYNTHIA A. FREZZO #817358
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: cynthia_frezzo@fd.org